**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

BAYVIEW LOAN SERVICING, LLC     :   No. 80 MM 2017

               v.                          :

NORMAN ROSETSKY AND DIANE     :
ROSETSKY A/K/A DIANA ROSETSKY   :
A/K/A DIANE GOCHIN                :

PETITION OF: DIANE GOCHIN (F/K/A   :
DIANE ROSETSKY)                  :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 31st day of May, 2017, the Emergency Application for Stay of Sheriff Sale is **DENIED**.